```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                                        :
                         Plaintiff,     :    11 Civ. 6195 (DLC)
            -v-                         :
                                        :         ORDER
BANK OF AMERICA CORPORATION, et al.,    :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

  This is one of sixteen actions currently before this Court in which the Federal Housing Finance Agency ("FHFA" or "the Agency"), as conservator for Fannie Mae and Freddie Mac (together, the "Government Sponsored Enterprises" or "GSEs"), alleges misconduct on the part of the nation's largest financial institutions in connection with the offer and sale of certain mortgage-backed securities purchased by the GSEs in the period between 2005 and 2007. On August 17, defendants filed a motion to dismiss the Amended Complaint in this case.

  The Court has already issued numerous Opinions resolving motions to dismiss in other cases brought by the FHFA. These prior Opinions comprehensively address the arguments in support of dismissal raised by the defendants in the present case; the Court hereby adopts by reference the reasoning of these Opinions

and -- to the extent they are relevant -- their holdings. Accordingly, it is hereby

ORDERED that defendants' August 17 motion to dismiss is denied.

SO ORDERED:

Dated:   New York, New York
         November 28, 2012

_____
DENISE COTE
United States District Judge