

RECEIVED
APR 2 2013

April 1, 2013

VIA EMAIL

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

MEMO ENDORSED

Re: *FHFA v. Bank of America Corp., et al.*, No. 11 Civ. 6195 (DLC)

Also filed in: 11 Civ. 5201 (DLC)

Dear Judge Cote:

Pursuant to this Court's Orders of March 4 and April 1, 2013, we write on behalf of the Federal Housing Finance Agency ("FHFA") to report on the matching and stipulation to Loan Files and Guidelines in the *BOA* Action.[1] FHFA reported on the status of production of those materials in this action in its status report of March 29, 2013.

**Status of Loan File and Guideline Stipulation.**

FHFA and BOA have agreed to a working schedule for the exchange of proposed stipulations to Loan Files and of Loan-Guideline matches, as required by the Court's March 10 Order. FHFA will propose stipulations for the BOAA 2005-10, BOAA 2005-11, BOAA 2005-12, and BOAA 2006-3 Securitizations on April 8; for the BOAA 2006-1 and BOAA 2006-2 Securitizations on April 15; for the BAFC 2006-H, BAFC 2007-A, BAFC 2007-C, and STALT 2005-1F Securitizations on April 22; for the ABFC 2005-WMC1, ABFC 2006-OPT2, and ABFC 2007-WMC1 Securitizations on April 29; for the ABFC 2006-OPT3 and ABFC 2006-OPT1 Securitizations on May 6; for the BAFC 2006-G, OOMLT 2007-6 and OOMLT 2007-FXD1 Securitizations on May 13; and for the ABFC 2006-HE1, OOMLT 2007-2, NSTR 2007-C, OOMLT 2007-HL1 and OOMLT 2005-5 Securitizations on May 20, 2013. This interim schedule is subject to revision by the parties based on the ongoing status of Loan File production over the next month and on the capacity of the parties' experts to perform the necessary analysis. Seven days after receiving a proposal from FHFA, BOA shall respond pursuant to this Court's March 19 Order; both parties reserve all rights regarding that Order. While FHFA could propose stipulations for many Sample Loans on a more accelerated schedule, to accommodate the capacity of BOA's vendor to perform its work in reviewing Loan Files at issue in the *BOA* action and the *Merrill Lynch* action, and subject to the reservations above regarding loan file production, the parties have jointly agreed to a schedule that will provide sufficient time for BOA to respond to FHFA's proposals and for FHFA to review those responses. Accordingly, the parties jointly request that the April 30 deadline be extended for original Sample Loans in the BOA action until May 31, 2013.[2]

---

[1] Unless otherwise defined herein, the defined terms in this letter have the meanings as defined in the Supplemental Expert Scheduling Order for Tranches 3 and 4 of February 27, 2013, and the Expert Scheduling Order of November 26, 2012.

[2] This paragraph was agreed to by FHFA and BOA.

**Requested Relief.**

Pursuant to the above, FHFA and BOA jointly request an extension until May 31, 2013 of the April 30, 2013 deadline for production, identification, and stipulation of Loan Files and Guidelines in the *BOA* Action.

FHFA is available to discuss this report at the Court's convenience.

Very truly yours,

/s/ Christine H. Chung

Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Bank of America Corp.,*

Granted.
Denise Cote
April 15, 2013

cc: All counsel of record