UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

              Plaintiff,

              -against-

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, NATIONAL
ASSOCIATION; MERRILL LYNCH, PIERCE,
FENNER & SMITH, INC. (f/k/a BANC OF
AMERICA SECURITIES LLC); ASSET BACKED
FUNDING CORPORATION; BANC OF
AMERICA MORTGAGE SECURITIES, INC.;
BANC OF AMERICA FUNDING
CORPORATION; GEORGE C. CARP; ROBERT
CARUSO; GEORGE E. ELLISON; ADAM D.
GLASSNER; DANIEL B. GOODWIN;
JULIANA JOHNSON; AASHISH KAMAT;
MICHAEL J. KULA; JAMES H. LUTHER;
WILLIAM L. MAXWELL; MARK I. RYAN;
AND ANTOINE SCHETRITT,

              Defendants.

11 Civ. 6195 (DLC)
ECF CASE

**NOTICE OF WITHDRAWAL OF NEIL S. BINDER**



---

**PLEASE TAKE NOTICE** that Neil S. Binder is no longer associated with the law firm of Richards Kibbe & Orbe LLP and, pursuant to Local Rule 1.4, Mr. Binder is hereby withdrawn as counsel for Defendants George C. Carp, Robert J. Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan and Antoine Schetritt (collectively, the "Individual Defendants") in the above-captioned action. Richards Kibbe and Orbe LLP through the undersigned counsel of record continue to serve as counsel for the Individual Defendants.

So ordered.

/s/ Denise Cote
May 29, 2013

-2-

Dated: New York, New York  
April 3, 2013

RICHARDS KIBBE & ORBE LLP

By: _____  
Daniel C. Zinman, Esq.  
Matthew M. Riccardi, Esq.  
Grace C. Wen, Esq.  
One World Financial Center  
New York, New York 10281  
(212) 530-1800 (Telephone)  
(212) 530-1801 (Facsimile)

*Attorneys for George C. Carp, Robert J. Caruso, George E. Ellison, Adam D. Glassner, Daniel B. Goodwin, Juliana Johnson, Michael J. Kula, William L. Maxwell, Mark I. Ryan and Antoine Schetritt*

**SO ORDERED:**

_____  
**U.S.D.J.**