Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4

November 5, 2013

<u>VIA ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Deutsche Bank AG, et al.*, 11 Civ. 6192, *FHFA v. Goldman Sachs & Co., et al.*,
11 Civ. 6198, and *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11 Civ. 6200
(collectively, the "Tranche 3 Actions"); *FHFA v. HSBC North America Holdings, Inc.,
et al.*, 11 Civ. 6189, *FHFA v. Barclays Bank PLC, et al.*, 11 Civ. 6190, *FHFA v. First
Horizon National Corp., et al.*, 11 Civ. 6193, *FHFA v. Bank of America Corp., et al.*, 11
Civ. 6195, *FHFA v. Nomura Holding America, Inc., et al.*, 11 Civ. 6201, *FHFA v. SG
Americas, Inc., et al.*, 11 Civ. 6203, *FHFA v. Morgan Stanley, et al.*, 11 Civ. 6739, and
*FHFA v. Ally Financial, Inc., et al.*, 11 Civ. 7010 (collectively, the "Tranche 4 Actions")

Dear Judge Cote:

On behalf of Plaintiff Federal Housing Finance Agency ("FHFA"), we write to update the
Court on the status of the production, identification, and stipulation of Loan Files and Guidelines
in the Tranche 3 and 4 Actions, pursuant to the Supplemental Expert Scheduling Order dated
February 27, 2013 (the "Supplemental ESO").[1]

**Status of Sample Loan File Production**

The status of Sample Loan File production to date in the Tranche 3 and 4 Actions is as
follows:[2]

| Action | Tranche | Securitiz-ations | Original Sample Loans | Supp. Sample Loans | Total Sample Loans | Total Loan Files Produced and Identified |
|---|---|---|---|---|---|---|
| Credit Suisse | 3 | 43 | 4,900 | 624 | 5,524 | 5,006 |
| Deutsche Bank | 3 | 40 | 4,700 | 800 | 5,500 | 5,035 |
| Goldman Sachs | 3 | 40 | 4,000 | 1,012 | 5,012 | 4,344 |
| Morgan Stanley | 4 | 33 | 3,400 | 704 | 4,104 | 3,579 |
| BOA | 4 | 23 | 3,000 | 376 | 3,376 | 3,324 |

---

[1]   Capitalized terms used in this status report are intended to have the same meaning as defined in the
Supplemental ESO.

[2]   These numbers reflect the Sample Loan Files received, processed, and matched by FHFA's vendor as of
October 30, 2013.

**The Honorable Denise L. Cote**                                    **November 5, 2013**

| Action | Tranche | Securitiz-ations | Original Sample Loans | Supp. Sample Loans | Total Sample Loans | Total Loan Files Produced and Identified |
|---|---|---|---|---|---|---|
| Ally | 4 | 21 | 2,100 | 8 | 2,108 | 2,108 |
| HSBC | 4 | 17 | 1,800 | 0 | 1,800 | 1,800 |
| Barclays | 4 | 8 | 800 | 108 | 908 | 807 |
| Nomura | 4 | 7 | 700 | 96 | 796 | 792 |
| First Horizon | 4 | 5 | 500 | 0 | 500 | 494 |
| SG Americas | 4 | 3 | 400 | 0 | 400 | 400 |
| **Totals** | **N/A** | **240** | **26,300** | **3,728** | **30,028** | **27,689** |

As reflected in the table above, more than 27,650 out of approximately 30,000 Sample Loan Files—roughly 92 percent—have been identified and produced in the Tranche 3 and 4 Actions. At this time, FHFA believes that it has exhausted its efforts with every potential source from which the Sample Loan Files might be obtained and that third-party discovery efforts are largely completed.

### Status of Loan File and Guideline Stipulations

To date, FHFA believes that it has identified a sufficient number of Sample Loan Files for 235 of the 240 Securitizations at issue in the Tranche 3 and 4 Actions, and does not anticipate needing to supplement its samples for those Securitizations.[3] Furthermore, FHFA believes that the parties have completed the stipulation process for 222 out of the 240 Securitizations, which are identified on Exhibit 1.[4]

For 13 out of the remaining 18 Securitizations, which are listed on Exhibit 2, FHFA and the Morgan Stanley Defendants request an extension of the deadline for production, identification and stipulation of Loan Files and Guidelines until December 3, 2013. FHFA recently received a third-party production containing Sample Loan Files, and intends to provide Morgan Stanley with proposed stipulations following the processing and review of the Sample Loan Files. Further, the Morgan Stanley Defendants have indicated that they will respond to FHFA's proposed stipulations by November 6, 2013. The parties continue to meet and confer to finalize the stipulations.

As to the final 5 out of 18 Securitizations, which are listed on Exhibit 3, FHFA has not yet identified a sufficient number of Sample Loan Files to complete the stipulation process. With regard

---

[3]   If FHFA learns during its continued review of the Sample Loan Files that further supplementation of its sample is necessary, FHFA will notify the relevant parties and inform them of a schedule for completing its supplementation.

[4]   In *Deutsche Bank*, the parties are in the process of exchanging their final round of stipulations for the ACE 2007-SL1 Securitization. The Deutsche Bank Defendants provided their final proposals on Friday, November 1, 2013, and FHFA intends to respond by Friday, November 8, 2013.

**The Honorable Denise L. Cote**                                    **November 5, 2013**

to the AMSI 2005-R10, ARSI 2005-W5, and GSAMP 2005-HE5 Securitizations listed on Exhibit 3, FHFA recently learned, upon its continued review of the Sample Loan Files, that a small, additional supplementation is necessary to complete its sample.  FHFA intends to disclose its additional supplementation to Barclays and Goldman Sachs by November 8, 2013, and exchange proposed stipulations shortly thereafter.  For the AHMA 2005-1 and FMIC 2005-3 Securitizations at issue in the *Credit Suisse* case, FHFA recently received a third-party production containing the Sample Loan Files, and intends to provide Credit Suisse with proposed stipulations following the processing and review of the Sample Loan Files.  As a result, FHFA and the Barclays, Credit Suisse, and Goldman Sachs Defendants request an extension of the deadline for the production, identification, and stipulation of Loan Files and Guidelines for these Securitizations until December 3, 2013.

Additionally, FHFA and the Bank of America Defendants request an extension, until December 3, 2013, of the deadline for the production, identification and stipulation of Loan Files and Guidelines.  While the parties have completed finalizing Loan File stipulations, they have not yet resolved certain issues that recently arose relating to Guideline stipulations.  During the process of finalizing these stipulations, Bank of America changed its proposals for several hundred proposed Guideline matches to which the parties had already agreed.  These last-minute changes included thousands of new Bates ranges, in several instances adding as many as 100 new proposed Guideline stipulations for a single Loan File.  FHFA first asked Bank of America to meet and confer about this issue on October 24, 2013; after FHFA's repeated requests, Bank of America met with FHFA by telephone yesterday, November 4, 2013.  Bank of America agreed to provide FHFA with additional information regarding these expansive changes and whether it would agree to revert to any of the parties' prior agreed Guideline matches.  If the parties are unable to resolve these issues through the meet-and-confer process, FHFA will notify the Court by no later than December 3, 2013 to seek the Court's guidance.

Finally, pursuant to paragraph 5 of the Court's June 11, 2013 Order Amending the Supplemental Expert Scheduling Order for Tranches 3 and 4, FHFA identified the Sample Loans and Supplemental Sample Loans that it currently anticipates re-underwriting for the 222 Securitizations for which it has completed the stipulation process.  However, in light of the parties' ongoing stipulation process, FHFA requests an extension for the 18 Securitizations listed in Exhibits 2 and 3 to identify the Sample Loans and Supplemental Sample Loans that it intends to re-underwrite.  FHFA and the Barclays, Credit Suisse, Goldman Sachs and Morgan Stanley Defendants have agreed to an extension until December 3, 2013.

**Next Steps**

Following the completion of the stipulation process in the Tranche 3 and 4 Actions, FHFA intends to submit copies of the parties' stipulated Guidelines and Loan Files to the Court.  FHFA requests until November 15, 2013 to submit the parties' stipulated Guidelines and Loan Files in the *Ally*, *Deutsche Bank*, *First Horizon*, *HSBC*, *Nomura*, and *SocGen* cases.  In light of the continuing meet-and-confer process in the *Barclays*, *Bank of America*, *Credit Suisse*, *Goldman Sachs*, and *Morgan Stanley* cases, FHFA requests until December 3, 2013 to submit the parties' stipulated Guidelines and Loan Files to the Court.

**The Honorable Denise L. Cote**                                        **November 5, 2013**

       FHFA is available to discuss the status of loan identification and matching in the Tranche 3 and 4 cases at the Court's request.

**The Honorable Denise L. Cote**                                    **November 5, 2013**


Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance
Agency in FHFA v. Deutsche Bank AG, and
FHFA v. Goldman, Sachs & Co.*



/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance
Agency in FHFA v. First Horizon National
Corp., FHFA v. Bank of America Corp., and
FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance
Agency in FHFA v. HSBC North America
Holdings, Inc., and FHFA v. Nomura Holding
America, Inc.*


/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance
Agency in FHFA v. Barclays Bank PLC*



/s/ Michael A. Hanin
Michael A. Hanin
(mhanin@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN, LLP
1633 Broadway
New York, New York 10019

*Attorney for Plaintiff Federal Housing Finance
Agency in FHFA v. Ally Financial Inc., FHFA v.
Morgan Stanley, and FHFA v. SG Americas, Inc.*


cc:      All Counsel of Record

**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

**Exhibit 1**: (Securitizations for which the stipulation process has been completed and supplementation is not necessary).

| No. | Defendant | Securitization |
|---|---|---|
| 1. | Ally | RALI 2005-QO4 |
| 2. | Ally | RALI 2006-QO4 |
| 3. | Ally | RALI 2006-QO5 |
| 4. | Ally | RALI 2006-QO8 |
| 5. | Ally | RALI 2006-QO9 |
| 6. | Ally | RALI 2007-QH5 |
| 7. | Ally | RAMP 2005-EFC6 |
| 8. | Ally | RAMP 2005-EFC7 |
| 9. | Ally | RAMP 2005-NC1 |
| 10. | Ally | RAMP 2005-RS9 |
| 11. | Ally | RAMP 2006-RS1 |
| 12. | Ally | RASC 2005-EMX3 |
| 13. | Ally | RASC 2005-KS10 |
| 14. | Ally | RASC 2005-KS11 |
| 15. | Ally | RASC 2006-EMX8 |
| 16. | Ally | RASC 2006-EMX9 |
| 17. | Ally | RASC 2006-KS3 |
| 18. | Ally | RASC 2006-KS9 |
| 19. | Ally | RASC 2007-EMX1 |
| 20. | Ally | RASC 2007-KS2 |
| 21. | Ally | RASC 2007-KS3 |
| 22. | Barclays | ARSI 2005-W3 |
| 23. | Barclays | ARSI 2006-W2 |
| 24. | Barclays | CBASS 2006-CB1 |
| 25. | Barclays | CBASS 2007-CB2 |
| 26. | Barclays | FHLT 2005-D |
| 27. | Barclays | FHLT 2006-C |
| 28. | BoA | ABFC 2005-WMC1 |
| 29. | BoA | ABFC 2006-HE1 |
| 30. | BoA | ABFC 2006-OPT1 |
| 31. | BoA | ABFC 2006-OPT2 |
| 32. | BoA | ABFC 2006-OPT3 |
| 33. | BoA | ABFC 2007-WMC1 |
| 34. | BoA | BAFC 2006-G |
| 35. | BoA | BAFC 2006-H |
| 36. | BoA | BAFC 2007-A |
| 37. | BoA | BAFC 2007-C |
| 38. | BoA | BOAA 2005-10 |

The Honorable Denise L. Cote                                    November 5, 2013

| No. | Defendant | Securitization |
|-----|-----------|----------------|
| 39. | BoA | BOAA 2005-11 |
| 40. | BoA | BOAA 2005-12 |
| 41. | BoA | BOAA 2006-1 |
| 42. | BoA | BOAA 2006-2 |
| 43. | BoA | BOAA 2006-3 |
| 44. | BoA | OOMLT 2005-5 |
| 45. | BoA | OOMLT 2007-FXD1 |
| 46. | BoA | OOMLT 2007-2 |
| 47. | BoA | OOMLT 2007-6 |
| 48. | BoA | OOMLT 2007-HL1 |
| 49. | BoA | NSTR 2007-C |
| 50. | BoA | STALT 2005-1F |
| 51. | Credit Suisse | ABSHE 2005-HE8 |
| 52. | Credit Suisse | ABSHE 2006-HE1 |
| 53. | Credit Suisse | ABSHE 2006-HE2 |
| 54. | Credit Suisse | ABSHE 2006-HE3 |
| 55. | Credit Suisse | ABSHE 2006-HE4 |
| 56. | Credit Suisse | ABSHE 2006-HE5 |
| 57. | Credit Suisse | ABSHE 2006-HE6 |
| 58. | Credit Suisse | ABSHE 2006-HE7 |
| 59. | Credit Suisse | ABSHE 2007-HE1 |
| 60. | Credit Suisse | ABSHE 2007-HE2 |
| 61. | Credit Suisse | AMSI 2005-R8 |
| 62. | Credit Suisse | AMSI 2005-R11 |
| 63. | Credit Suisse | AMSI 2006-R2 |
| 64. | Credit Suisse | ARMT 2005-10 |
| 65. | Credit Suisse | ARMT 2005-11 |
| 66. | Credit Suisse | ARMT 2005-12 |
| 67. | Credit Suisse | ARMT 2006-1 |
| 68. | Credit Suisse | CSFB 2005-11 |
| 69. | Credit Suisse | CSFB 2005-12 |
| 70. | Credit Suisse | CSMC 2006-1 |
| 71. | Credit Suisse | CSMC 2007-NC1 |
| 72. | Credit Suisse | FHLT 2005-E |
| 73. | Credit Suisse | FMIC 2007-1 |
| 74. | Credit Suisse | HEAT 2005-7 |
| 75. | Credit Suisse | HEAT 2005-8 |
| 76. | Credit Suisse | HEAT 2005-9 |
| 77. | Credit Suisse | HEAT 2006-1 |
| 78. | Credit Suisse | HEAT 2006-3 |

The Honorable Denise L. Cote                                    November 5, 2013

| No. | Defendant | Securitization |
|-----|-----------|----------------|
| 79. | Credit Suisse | HEAT 2006-4 |
| 80. | Credit Suisse | HEAT 2006-5 |
| 81. | Credit Suisse | HEAT 2006-6 |
| 82. | Credit Suisse | HEAT 2006-7 |
| 83. | Credit Suisse | HEAT 2006-8 |
| 84. | Credit Suisse | HEAT 2007-1 |
| 85. | Credit Suisse | HEAT 2007-2 |
| 86. | Credit Suisse | HEAT 2007-3 |
| 87. | Credit Suisse | HEMT 2006-6 |
| 88. | Credit Suisse | INABS 2006-B |
| 89. | Credit Suisse | INABS 2006-C |
| 90. | Credit Suisse | INABS 2006-E |
| 91. | Credit Suisse | NCHET 2006-1 |
| 92. | Deutsche Bank | ACE 2005-AG1 |
| 93. | Deutsche Bank | ACE 2005-HE6 |
| 94. | Deutsche Bank | ACE 2005-HE7 |
| 95. | Deutsche Bank | ACE 2005-ASAP1 |
| 96. | Deutsche Bank | ACE 2006-ASAP1 |
| 97. | Deutsche Bank | ACE 2006-ASAP2 |
| 98. | Deutsche Bank | ACE 2006-ASAP3 |
| 99. | Deutsche Bank | ACE 2006-ASAP4 |
| 100. | Deutsche Bank | ACE 2006-ASAP5 |
| 101. | Deutsche Bank | ACE 2006-ASAP6 |
| 102. | Deutsche Bank | ACE 2006-CW1 |
| 103. | Deutsche Bank | ACE 2006-FM1 |
| 104. | Deutsche Bank | ACE 2006-FM2 |
| 105. | Deutsche Bank | ACE 2006-HE1 |
| 106. | Deutsche Bank | ACE 2006-HE2 |
| 107. | Deutsche Bank | ACE 2006-HE3 |
| 108. | Deutsche Bank | ACE 2006-HE4 |
| 109. | Deutsche Bank | ACE 2006-NC1 |
| 110. | Deutsche Bank | ACE 2006-NC2 |
| 111. | Deutsche Bank | ACE 2006-NC3 |
| 112. | Deutsche Bank | ACE 2006-OP1 |
| 113. | Deutsche Bank | ACE 2006-OP2 |
| 114. | Deutsche Bank | ACE 2007-ASAP1 |
| 115. | Deutsche Bank | ACE 2007-ASAP2 |
| 116. | Deutsche Bank | ACE 2007-ASL1 |
| 117. | Deutsche Bank | ACE 2007-HE1 |
| 118. | Deutsche Bank | ACE 2007-HE2 |

**The Honorable Denise L. Cote**                    **November 5, 2013**

| No. | Defendant | Securitization |
|---|---|---|
| 119. | Deutsche Bank | ACE 2007-HE3 |
| 120. | Deutsche Bank | ACE 2007-HE4 |
| 121. | Deutsche Bank | ACE 2007-HE5 |
| 122. | Deutsche Bank | ACE 2007-SL1 |
| 123. | Deutsche Bank | ACE 2007-WM1 |
| 124. | Deutsche Bank | ACE 2007-WM2 |
| 125. | Deutsche Bank | DBALT 2007-OA4 |
| 126. | Deutsche Bank | INDX 2005-AR31 |
| 127. | Deutsche Bank | INDX 2006-AR9 |
| 128. | Deutsche Bank | MHL 2007-1 |
| 129. | Deutsche Bank | NCHET 2006-2 |
| 130. | Deutsche Bank | NHEL 2007-1 |
| 131. | Deutsche Bank | RAST 2005-A15 |
| 132. | First Horizon | FHAMS 2005-AA10 |
| 133. | First Horizon | FHAMS 2005-AA11 |
| 134. | First Horizon | FHAMS 2005-AA12 |
| 135. | First Horizon | FHAMS 2005-AA9 |
| 136. | First Horizon | FHAMS 2006-AA1 |
| 137. | Goldman Sachs | AHMA 2006-1 |
| 138. | Goldman Sachs | ACCR 2005-4 |
| 139. | Goldman Sachs | FFML 2005-FF11 |
| 140. | Goldman Sachs | FFML 2005-FF8 |
| 141. | Goldman Sachs | FFML 2006-FF13 |
| 142. | Goldman Sachs | FHLT 2006-E |
| 143. | Goldman Sachs | GSAA 2005-11 |
| 144. | Goldman Sachs | GSAA 1005-14 |
| 145. | Goldman Sachs | GSAA 2005-15 |
| 146. | Goldman Sachs | GSAA 2006-11 |
| 147. | Goldman Sachs | GSAA 2006-2 |
| 148. | Goldman Sachs | GSAA 2006-4 |
| 149. | Goldman Sachs | GSAA 2006-5 |
| 150. | Goldman Sachs | GSAA 2006-8 |
| 151. | Goldman Sachs | GSAA 2007-6 |
| 152. | Goldman Sachs | GSAMP 2005-AHL2 |
| 153. | Goldman Sachs | GSAMP 2005-HE6 |
| 154. | Goldman Sachs | GSAMP 2005-WMC2 |
| 155. | Goldman Sachs | GSAMP 2005-WMC3 |
| 156. | Goldman Sachs | GSAMP 2006-FM1 |
| 157. | Goldman Sachs | GSAMP 2006-FM2 |
| 158. | Goldman Sachs | GSAMP 2006-FM3 |

**The Honorable Denise L. Cote**                                   **November 5, 2013**

| No. | Defendant | Securitization |
|---|---|---|
| 159. | Goldman Sachs | GSAMP 2006-HE3 |
| 160. | Goldman Sachs | GSAMP 2006-HE4 |
| 161. | Goldman Sachs | GSAMP 2006-HE5 |
| 162. | Goldman Sachs | GSAMP 2006-HE7 |
| 163. | Goldman Sachs | GSAMP 2006-HE8 |
| 164. | Goldman Sachs | GSAMP 2006-NC2 |
| 165. | Goldman Sachs | GSAMP 2007-HE1 |
| 166. | Goldman Sachs | GSAMP 2007-HE2 |
| 167. | Goldman Sachs | GSAMP 2007-FM1 |
| 168. | Goldman Sachs | GSAMP 2007-FM2 |
| 169. | Goldman Sachs | GSAMP 2007-NC1 |
| 170. | Goldman Sachs | GSR 2006-OA1 |
| 171. | Goldman Sachs | GSR 2007-AR2 |
| 172. | Goldman Sachs | GSR 2007-OA1 |
| 173. | Goldman Sachs | GSR 2007-OA2 |
| 174. | Goldman Sachs | INDX 2005-AR18 |
| 175. | Goldman Sachs | INDX 2005-AR27 |
| 176. | HSBC | FFML 2006-FF1 |
| 177. | HSBC | FFML 2006-FF11 |
| 178. | HSBC | FFML 2006-FF5 |
| 179. | HSBC | FFML 2006-FF7 |
| 180. | HSBC | FFML 2006-FF9 |
| 181. | HSBC | HASC 2005-I1 |
| 182. | HSBC | HASC 2006-HE1 |
| 183. | HSBC | HASC 2006-HE2 |
| 184. | HSBC | HASC 2006-NC1 |
| 185. | HSBC | HASC 2006-OPT1 |
| 186. | HSBC | HASC 2006-OPT2 |
| 187. | HSBC | HASC 2006-OPT3 |
| 188. | HSBC | HASC 2006-OPT4 |
| 189. | HSBC | HASC 2007-HE1 |
| 190. | HSBC | HASC 2007-HE2 |
| 191. | HSBC | HASC 2007-OPT1 |
| 192. | HSBC | HASC 2007-WF1 |
| 193. | Morgan Stanley | MSAC 2006-HE3 |
| 194. | Morgan Stanley | MSAC 2006-HE5 |
| 195. | Morgan Stanley | MSAC 2006-HE6 |
| 196. | Morgan Stanley | MSAC 2006-HE8 |
| 197. | Morgan Stanley | MSAC 2006-NC3 |
| 198. | Morgan Stanley | MSAC 2006-NC4 |

**The Honorable Denise L. Cote**                                    **November 5, 2013**

| No. | Defendant | Securitization |
|---|---|---|
| 199. | Morgan Stanley | MSAC 2007-HE1 |
| 200. | Morgan Stanley | MSAC 2007-HE5 |
| 201. | Morgan Stanley | MSAC 2006-WMC2 |
| 202. | Morgan Stanley | MSAC 2007-NC1 |
| 203. | Morgan Stanley | MSC 2006-HE2 |
| 204. | Morgan Stanley | MSC 2006-NC2 |
| 205. | Morgan Stanley | NCHET 2005-B |
| 206. | Morgan Stanley | NCHET 2005-C |
| 207. | Morgan Stanley | NCHET 2005-D |
| 208. | Morgan Stanley | SAST 2005-3 |
| 209. | Morgan Stanley | SAST 2006-1 |
| 210. | Morgan Stanley | SAST 2006-2 |
| 211. | Morgan Stanley | SAST 2007-2 |
| 212. | Morgan Stanley | SAST 2007-3 |
| 213. | Nomura | NAA 2005-AR6 |
| 214. | Nomura | NHELI 2006-FM1 |
| 215. | Nomura | NHELI 2006-FM2 |
| 216. | Nomura | NHELI 2006-HE3 |
| 217. | Nomura | NHELI 2007-1 |
| 218. | Nomura | NHELI 2007-2 |
| 219. | Nomura | NHELI 2007-3 |
| 220. | SocGen | SGMS 2006-FRE1 |
| 221. | SocGen | SGMS 2006-FRE2 |
| 222. | SocGen | SGMS 2006-OPT2 |

**Production and Stipulation of Loan Files and Guidelines in Tranche 3 and 4**

**Exhibit 2**: (Securitizations for which an extension of the stipulation process until December 3, 2013 is requested and for which supplementation is likely not necessary).

| No. | Defendant | Securitization |
|-----|-----------|----------------|
| 1. | Morgan Stanley | AMIT 2005-4 |
| 2. | Morgan Stanley | MSAC 2005-HE5 |
| 3. | Morgan Stanley | MSAC 2005-HE6 |
| 4. | Morgan Stanley | MSAC 2007-HE7 |
| 5. | Morgan Stanley | MSHEL 2005-4 |
| 6. | Morgan Stanley | MSM 2005-10 |
| 7. | Morgan Stanley | MSM 2005-7 |
| 8. | Morgan Stanley | MSM 2006-2 |
| 9. | Morgan Stanley | MSM 2006-16AX |
| 10. | Morgan Stanley | MSM 2007-2AX |
| 11. | Morgan Stanley | MSM 2007-5AX |
| 12. | Morgan Stanley | MSM 2007-7AX |
| 13. | Morgan Stanley | SAST 2007-1 |

**The Honorable Denise L. Cote**                              **November 5, 2013**

**Exhibit 3**: (Securitizations for which FHFA anticipates that additional supplementation may be necessary).

| No. | Defendant | Securitization |
|-----|-----------|----------------|
| 1. | Barclays | AMSI 2005-R10 |
| 2. | Barclays | ARSI 2005-W5 |
| 3. | Credit Suisse | AHMA 2005-1 |
| 4. | Credit Suisse | FMIC 2005-3 |
| 5. | Goldman Sachs | GSAMP 2005-HE5 |