Stipulation of Loan Files and Guidelines in Tranche 3 and 4

January 2, 2014

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Credit Suisse Holdings (USA), Inc., et al.*, 11 Civ. 6200,
       *FHFA v. Bank of America Corp., et al.*, 11 Civ. 6195

Dear Judge Cote:

We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding the parties' efforts to identify and reach agreement by stipulation on the best representation currently available of the Loan Files and Guidelines for FHFA's Sample Loans in the above-referenced actions.[1] FHFA and the Credit Suisse Defendants jointly seek an extension until January 3, 2014 to submit executed Stipulations. FHFA and the Bank of America Defendants jointly seek an extension until January 10, 2014 to submit executed Stipulations.

Thank you for Your Honor's consideration of this submission.


/s/ Christine H. Chung
Christine H. Chung
(christinechung@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorney for Plaintiff Federal Housing Finance
Agency in FHFA v. First Horizon National Corp.,
FHFA v. Bank of America Corp., and FHFA v.
Credit Suisse Holdings (USA), Inc.*

cc:     All Counsel of Record

---

[1] Capitalized terms used in this status report are intended to have the same meaning as defined in the Supplemental Expert Scheduling Order dated February 27, 2013.

1